1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  JOHN ARLAN GODOWN,                    2:05-cv-2085-GEB-CMK-P

12              Plaintiff,

13        vs.                              <u>ORDER</u>

14  JAMES DIPPERY, et al.,

15              Defendants.

16  _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18  to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19  Local Rule 72-302(c)(21).

20              On December 7, 2005, the magistrate judge filed findings and recommendations

21  herein which were served on plaintiff and which contained notice to plaintiff that any objections

22  to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed

23  objections to the findings and recommendations.

24              Although it appears from the file that plaintiff's copy of the findings and

25  recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to

26  keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(d),

                                            1

1   service of documents at the record address of the party is fully effective.

2          The court has reviewed the file and finds the findings and recommendations to be

3   supported by the record and by the magistrate judge's analysis.

4          Accordingly, IT IS HEREBY ORDERED that:

5          1.      The findings and recommendations filed December 7, 2005, are adopted in

6   full;

7          2.      This action is dismissed, without prejudice, for lack of prosecution and

8   failure to comply with court orders and rules; and

9          3.      The Clerk of the Court is directed to enter judgment and close this file.

10  Dated: January 26, 2006

11

12                          /s/ Garland E. Burrell, Jr.
                            GARLAND E. BURRELL, JR.
13                          United States District Judge